**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 12-7192**

─────────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

BILLY RAY CRAWFORD, JR.,

              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (4:05-cr-00470-TLW-1)

─────────────

Submitted:  November 2, 2012          Decided:  November 6, 2012

─────────────

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Billy Ray Crawford, Jr., Appellant Pro Se.  Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina; Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Ray Crawford, Jr., appeals the district court's order granting his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Crawford</u>, No. 4:05-cr-00470-TLW-1 (D.S.C. July 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>